# Court of Appeals
# of the State of Georgia

ATLANTA,  January 17, 2014

*The Court of Appeals hereby passes the following order:*

**A13A2170. PACE v. PACE.**

This appeal was docketed on July 5, 2013, and appellant's brief was due to be filed on July 25, 2013. To date, appellant has not filed a brief or asked for an extension of time to file his brief. We therefore DISMISS this appeal pursuant to Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/17/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*